IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03373-RM-MEH

GAYLA BARDEN,

      Plaintiff,

v.

KING SOOPERS, a Colorado corporation,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 9, 2013.**

      Defendant's Unopposed Motion to File New Proposed Scheduling Order [filed July 9, 2013; docket #28] is **granted**.  The Clerk of the Court is directed to file the Proposed Scheduling Order located at docket #28-1.