IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   12-cv-03373-RM-MEH | Date:   March 6, 2014 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

GAYLA BARDEN,                                                    Timothy Nemechek

      Plaintiff,

vs.

KING SOOPERS,                                                    Katherine Hinde
                                                                Margaret Hogan

      Defendant.

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**      **10:58 a.m.**

Court calls case.   Appearances of counsel.

Argument and discussion held regarding Defendant's Motion to Compel (Doc. 38, filed 1/17/2014).

**ORDERED:**   Defendant's Motion to Compel (Doc. 38, filed 1/17/2014) is GRANTED in part and DENIED as moot in part as stated on the record.   Counsel for Defendant shall file an affidavit of attorneys' fees and costs incurred for the filing of this motion.

**Court in recess:**      **11:25 a.m.    (Hearing concluded)**
**Total time in court:**  0:27

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.