IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03373-RM-MEH

GAYLA BARDEN,

    Plaintiff,

v.

KING SOOPERS, a Colorado corporation,

    Defendant.

---

## ORDER

---

    Before the Court is Plaintiff's Motion to Stay Sanctions Order and to Allow Monthly Payments [filed April 3, 2014; Doc. # 54]. Defendant filed a response on April 4, 2014. (Doc. # 56.) For good cause shown, Plaintiff's motion is **granted in part and denied in part**. The Court **grants** Plaintiff an extension of the deadline for paying Defendant's counsel as follows. Plaintiff is ORDERED to pay Defendant's counsel three equal installments of two-hundred and seventy-eight dollars ($278.00). The first payment shall be made on or before April 15, 2014; the second payment shall be made on or before May 15, 2014; and the third payment shall be made on or before June 15, 2014. Plaintiff's counsel shall file a Notice of Compliance with this Order on or before June 30, 2014.

    Dated at Denver, Colorado this 10th day of April, 2014.

                                                    BY THE COURT:

                                                    *Michael E. Hegarty*

                                                    Michael E. Hegarty
                                                    United States Magistrate Judge