IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03373-RM-MEH

GAYLA BARDEN,

    Plaintiff,

v.

KING SOOPERS, a Colorado corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 12, 2014**.

    For good cause shown, Defendant's Second Unopposed Motion to Modify the Scheduling Order [filed May 9, 2014; docket # 58] is **granted.**  Paragraph 9 of the operative Scheduling Order is modified as follows:

b. Discovery Cut-off: Friday, May 16, 2014