IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 12-cv-03373-RM-MEH

GAYLA BARDEN,

    Plaintiff,

v.

KING SOOOPERS, a Colorado corporation,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION TO DISMISS FIRST CLAIM FOR RELIEF (ECF NO. 77)**

---

    THE COURT having considered Plaintiff's Unopposed Motion to Dismiss First Claim for Relief (ECF No. 77), and being fully advised in the premises, ORDERS that Plaintiff's Unopposed Motion to Dismiss First Claim for Relief (with prejudice) is GRANTED.

    DATED this 6th day of August, 2014.

                                       BY THE COURT:

                                       _____
                                       RAYMOND P. MOORE
                                       United States District Judge